**KUTAK ROCK LLP**
Michael A. Condyles (VSB # 27807)
Jeremy S. Williams (VSB # 77469)
Ellen L. Valentine (VSB # 81038)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700
*Counsel to Union First Market Bank, successor*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: JAMES ONEIL BEALE | Case No. 12-37076-KRH |
| Debtors. | Chapter 13 |
| | |
| UNION FIRST MARKET BANK, successor | |
| Movant, | |
| v. | |
| JAMES ONEIL BEALE, and ROBERT E. HYMAN, TRUSTEE, | |
| Respondents. | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT a hearing on the *Motion for Relief from Stay* [Docket No. 17], has been scheduled for **June 19, 2013, at 9:30 a.m.,** before the Honorable Kevin R. Huennekens, United States Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

                                                               **UNION FIRST MARKET BANK, successor**

                                                               By:  /s/ Jeremy S. Williams
                                                                               Counsel

4824-7421-4932.1

**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Jeremy S. Williams (VSB No. 77469)
Ellen L. Valentine  (VSB No. 81038)
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
804-644-1700
 *Counsel for Union First Market Bank, successor*

### CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on May 30, 2013, I served a true copy of this document via CM/ECF on all necessary parties, by first-class mail as follows:

James O'Neil Beale
Post Office Box 215
Kilmarnock, VA 22482
*Debtor*

Jessica L. Fellows
America Law Group Inc.
2800 N. Parham Road, Suite 100
Henrico, VA 23294
Email: fellows.jl@gmail.com
*Counsel for the Debtor*

Robert E. Hyman
Robert E. Hyman
P.O. Box 1780
Richmond, VA 23218-1780
*Chapter 13 Trustee*

                                              /s/ Jeremy S. Williams
                                                  Counsel

4824-7421-4932.1