# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

In re:

| | |
|---|---|
| JAMES ONEIL BEALE | Case No. 12-37076-KRH |
| | Chapter 13 |
| Debtor(s) | |

## DEBTOR'S RESPONSE TO NOTICE OF DEFAULT

Now comes the Debtor (s) in this matter, by counsel, and as and for his Response to the Notice of Default by Union First Market Bank on 12/23/2013, says as follows:

1. The notice sent by Michael A. Condyles on behalf of Union First Market Bank states that the amount of the default is $942.46.
2. Debtor received correspondence from Union First Market Bank dated 9/17/2013, stating that his mortgage payment would be changing effective 12/1/2013. The amount of the new mortgage payment was to be $569.48 in principal and interest and $141.02 in escrow for a total payment of $710.50. The correct amount of debtor's default should be $710.50.
3. Debtor has cured the default of $710.50.

WHEREFORE, Debtor respectfully moves the Court that relief not be granted pursuant to the Notice of Default.

                        Respectfully submitted:
                        JAMES ONEIL BEALE

                        BY:  /s/ Jessica L. Fellows
                              Counsel

Jessica L. Fellows, VSB#82095
The America Law Group, Inc.
t/a The Debt Law Group
2800 N. Parham Road, Ste. 100
Henrico, VA 23294

(804)308-0051

Certificate of Service

    I certify that on 1/6/14, I transmitted a true copy of the foregoing electronically through the Court's CM/ECF system to Jeremy Williams counsel for Union First Market Bank.

    /s/ Jessica L. Fellows
    Jessica L. Fellows