# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

       JAMES ONEIL BEALE                  Case No. 12-37076-KRH
                                               Chapter 13

       Debtor(s)

## DEBTOR'S RESPONSE TO NOTICE OF DEFAULT

Now comes the Debtor (s) in this matter, by counsel, and as and for his Response to the Notice of Default by Union First Market Bank on 5/15/14, says as follows:

1. Debtor has cured the default of $1,332.00 plus late charges..

WHEREFORE, Debtor respectfully moves the Court that relief not be granted pursuant to the Notice of Default.

                                               Respectfully submitted:
                                               JAMES ONEIL BEALE

                                               BY: /s/ Jessica L. Fellows
                                                              Counsel

Jessica L. Fellows, VSB#82095
The America Law Group, Inc.
t/a The Debt Law Group
2800 N. Parham Road, Ste. 100
Henrico, VA 23294
(804)308-0051

### Certificate of Service

I certify that on 5/29/14, I transmitted a true copy of the foregoing electronically through the Court's CM/ECF system to Jeremy Williams counsel for Union First Market Bank.

                                                     /s/ Jessica L. Fellows
                                                        Jessica L. Fellows