

**Union First Market Bank**

**Receipt**

Checks and other items that are received for deposit are subject to the terms and conditions of this Institution's collection agreement. Deposits may not be available for immediate withdrawal. "Thank You."

```
      5/29/2014    AM        9:29:39         ON
     BR#  108    TLR#   1084       TR#       14
     ACCT#      ***********6490
     Loan Payment                       250.00

              THANK YOU FOR BANKING WITH US        UFM 1004 (2/12)
```



**Union First Market Bank**

**Receipt**

Checks and other items that are received for deposit are subject to the terms and conditions of this Institution's collection agreement. Deposits may not be available for immediate withdrawal. "Thank You."

```
      5/28/2014    AM       11:02:25         ON
     BR#  108    TLR#   1084       TR#       55
     ACCT#      ***********6490
     Loan Payment                     1,500.00

              THANK YOU FOR BANKING WITH US        UFM 1004 (2/12)
```

*Attn: Jessica Fellows*
*from James Beale*