**KUTAK ROCK LLP**
Michael A. Condyles (VSB # 27807)
Jeremy S. Williams (VSB # 77469)
Ellen L. Valentine (VSB # 81038)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700
*Counsel to Union Bank & Trust*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE: JAMES ONEIL BEALE                    Case No. 12-37076-KRH
                                            Chapter 13
                    Debtors.
_____

UNION BANK & TRUST,

                    Movant,
v.

JAMES ONEIL BEALE, and
SUZANNE E. WADE, TRUSTEE,

                    Respondents.

### <u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

Upon consideration of the motion of Union First Market Bank, successor ("Union") to

modify the automatic stay, it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is modified to permit Union and

its successors and assigns to enforce the lien of its deed of trust as it pertains to real property

located at 851 Weems Road, Weems, Virginia (the "<u>Property</u>") and as more particularly described

as follows:

> ALL THAT CERTAIN LOT OR PARCEL OF LAND,
> CONTAINING 1.219 ACRES, MORE OR LESS, TOGETHER
> WITH ALL IMPROVEMENTS THEREON AND ALL RIGHTS,
> WAYS, PRIVILEGES AND APPURTENANCES IN ANYWISE
> THEREUNTO APPERTAINING, SITUATE, LYING AND BEING

ON THE SOUTH SIDE OF WEEMS ROAD, STATE HIGHWAY ROUTE NO. 222, IN WHITE STONE MAGISTERIAL DISTRICT, LANCASTER COUNTY, VIRGINIA, AS SHOWN ON THAT CERTAIN PLAT OF SURVEY ENTITLED "PLAT SHOWING PHYSICAL IMPROVEMENTS TO PROPERTY TO BE CONVEYED TO JAMES O. BEALE", MADE BY SIMMONS NEWSOME, P.C., DATED JUNE 23, 2005, WHICH PLAT IS RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF LANCASTER COUNTY, VIRGINIA, IN INSTRUMENT #050002191 AT PAGE 3.

BEING THE SAME PROPERTY CONVEYED UNTO JAMES O. BEALE BY DEED DATED JUNE 27, 2005 AND RECORDED IN THE AFORESAID CLERK'S OFFICE IN INSTRUMENT #050002191.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchase to take such

action under state law, as may be necessary, to obtain possession of the property.


Dated: **Apr 24 2015**                    /s/ Kevin R. Huennekens
                                          UNITED STATES BANKRUPTCY JUDGE

                                             Entered on Docket: Apr 27 2015

I ask for this:


 /s/ Jeremy S. Williams
**KUTAK ROCK LLP**
Michael A. Condyles (VSB # 27807)
Jeremy S. Williams (VSB # 77469)
Ellen L. Valentine (VSB #81038)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700
*Counsel to Union Bank & Trust*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 15, 2015, a true and exact copy of the foregoing Order was served via CM/ECF or mailed, first class mail with postage fully prepaid to the following necessary parties:

*Debtor:*
James Oneil Beale
P.O. Box 215
Kilmarnock, Virginia 22482

*Counsel for Debtor:*
Richard James Oulton
The Debt Law Group, Pllc
8501 Mayland Dr.
Suite 106
Henrico, VA 23294
2debtlawgroup@gmail.com

*Chapter 13 Trustee:*
Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218

*United States Trustee*
Robert B. Van Arsdale, Esq.
United States Courthouse
701 East Broad Street, Suite 4304
Richmond, VA 23219

/s/ Jeremy S. Williams
Counsel