UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                    )
                          )          CASE NO. 12-37076-KRH
James Oneil Beale                     CHAPTER 13


APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of $250.00

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post confirmation modified plan** filed with this Court on **10/02/2015.**

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.                    Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
Fax: (804) 518-5121


Certificate of Service

I certify that I on **12/16/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the

address listed below.                         /s/ Richard J. Oulton
                                              Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                         )
                                                               )         CASE NO. 12-37076-KRH
James Oneil Beale                                                         CHAPTER 13


           Debtor(s)
[P.O. Box 215 ]
[Kilmarnock, VA 22482 ]
           _____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)[2920]_____

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$250.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **12/30/2015(14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

   United States Bankruptcy Court
   701 E. Broad Street
   Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing.
**If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
Address of attorney for the Debtor(s):   Richard J. Oulton
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
Fax: (804) 518-5121


Address of Chapter 13 Trustee:
Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23218-1780


**12/16/2015**              /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
Fax: (804) 518-5121

PROOF OF SERVICE


   I certify that I on **12/16/2015**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton


**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

James Oneil Beale

Debtor(s)
[P.O. Box 215 ]
[Kilmarnock, VA 22482 ]

**NAME AND ADDRESSES OF CREDITORS**

**AMCA**
4 West Chester Plaza
Elmsford, NY 10523-0000

**American General Finance**
now: Springleaf
PO Box 3327
Evansville, IN 47732-3327

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**Ashley Funding Services, LLC its successors and**
assigns as assignee of Laboratory Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Asset Acceptance Llc**
Po Box 1630
Warren, MI 48090-0000

**Asset Acceptance LLC**
P.O. Box 2036
Warren Mi 48090

**Carousel Physical Therapy**
PO Box 128
500 Irvington Rd
Kilmarnock, VA 22482-0000

**Castle Credit Corp**
8430 W Bryn Mawr Ave Ste
Chicago, IL 60631-0000

**Caterpillar Financial Services**
2120 West End Ave
PO Box 340001
Nashville, TN 37203-0000

**Caterpillar Financial Services Corp.**
LeClair Ryan
951 East Byrd Street
Richmond, VA 23219

**CBE Group**
1309 Technology Pkwy
Cedar Falls, IA 50613-0000

**Church Hill Place, LLC**
9205 Chamberlayne Rd
PO Box 1022
Mechanicsville, VA 23111-1022

**Citifinancial**
605 Munn Road
Fort Mill, SC 29715-0000

**Citifinancial Bankruptcy Dept**
PO Box 140489
Irving, TX 75014-0489

**Clegg's Diesel & Marine**
PO Box 253
Wicomico Church, VA 22579-0000

**Credit Acceptance**
25505 West 12 Mile Road
Southfield, MI 48034-0000

**Credit Control Corp**
11821 Rock Landing Dr
Newport News, VA 23606-0000

**Evb**
Pob 1005
Tappahannock, VA 22560-0000

**EVB**
PO Box 6638
Ashland, VA 23005

**EVB Bank--Corporate Office**
PO Box 1455
Tappahannock, VA 22560-0000

**EVB, a Virginia corporation**
C/O Berkeley, Curry & Cook
1301 N. Hamilton St., Suite 200
Richmond, VA 23230-3959

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**GE Capital Retail Bank**
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Hsbc Bank**
Po Box 5253
Carol Stream, IL 60197-0000

**Ic Systems Inc**
Po Box 64378
St. Paul, MN 55164-0000

**Jefferson Capital Systems**
16 McLeland Rd
Saint Cloud, MN 56303-0000

**Lancaster County VA**
Treasurer
8311 Mary Ball Rd, Ste 204
Lancaster, VA 22503-2534

**LCA Collections**
PO Box 2240
Burlington, NC 27216-2240

**Pinnacle Financial Group**
7825 Washington Ave S
Ste 310
Minneapolis, MN 55439-2409

**Quarles Petroleum**
1701 Fall Hill Ave
Fredericksburg, VA 22401-0000

**Rappahannock General Hospital**
PO Box 1449
Kilmarnock, VA 22482-0000

**Richard R Maas**
897 Western Ave
Marengo, IA 52301-0000

**Schettine & Nguyen PLC**
re: United Leasing/Church Hill
10 South 23rd St
Richmond, VA 23223-0000

**Springleaf Financial S**
Po Box 3251
Evansville, IN 47731-0000

**The Pellettieri Group LLC**
1717 Park St, Suite 105
Naperville, IL 60563-0000

**Un1stmrktbk**
Po Box 446
Bowling Green, VA 22427-0000

**Union First Market Bank**
attn: Bankruptcy Dep't
PO Box 940
Ruther Glen, VA 22546-0000

**United Leasing Corp and Church Hill Place, LLC**
c/o Schettine and Nguyen
10 South 23rd St
Richmond, VA 23223

**United Leasing Corporation**
9205 Atlee Branch Lane
PO Box 2260
Mechanicsville, VA 23116-0000

**Virginia Department of Taxatio**
PO Box 2156
Richmond, VA 23218-0000

**Vzw Ne**
Attn: Verizon Wireless Dept
Po Box 3397
Bloomington, IL 61702-0000

**Webbank-Fingerhut**
6250 Ridgewood Rd
St. Cloud, MN 56303

**Wells Fargo Bank**
P.O. Box 50014
Roanoke VA 24040-0014

**Wood Preservers**
c/o W Morgan Wright
747 N Church Ln PO Box 1980
Tappahannock, VA 22560-0000

**Wood Preservers Inc**
PO Box 158
Warsaw, VA 22572-0000